**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6838

_____

GEORGE CLEVELAND, III,

       Plaintiff - Appellant,

    v.

JUDGE DANIEL D. HALL, in his official capacity as Circuit
Court Judge of South Carolina; KAREN C. RATIGAN, in her
official capacity as Senior Assistant Deputy Attorney
General of South Carolina,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   R. Bryan Harwell, District
Judge.  (6:15-cv-04384-RBH)

_____

Submitted: November 22, 2016    Decided: November 28, 2016

_____

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

George Cleveland, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Hall, No. 6:15-cv-04384-RBH (D.S.C. May 18, 2016). We grant Cleveland's motion to accept as timely filed his informal brief, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2